United States District Court
Southern District of Texas
**ENTERED**
January 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES UNDERWOOD, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-189 |
| | § | |
| AVANGRID RENEWABLES LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to this suit have filed a Stipulation of Dismissal with Prejudice of all claims and causes of action that were asserted by Plaintiffs against Defendant in this lawsuit. D.E. 37.

1. The Court recognizes that the parties have filed a stipulation for dismissal with prejudice that complies with the requirements of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. The Court finds that the Court's December 14, 2020 order effectively disposes of Plaintiff Rodney Kirk's claim. That order rendered summary judgment on the Plaintiffs' claim that Defendant willfully violated the Fair Labor Standards Act. This ruling requires the application of a two-year statute of limitations to this case. The Court accepts the Parties' stipulation that Kirk did not work for Defendant in the two years prior to the filing of this lawsuit. As a result, Kirk is unable to state a claim upon which relief can be granted.

It is, therefore, ORDERED that the claims of all Plaintiffs in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with attorneys' fees and costs to be borne as agreed by the parties.

This is a final judgment.

ORDERED this 25th day of January, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE